UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MITCHELL PAUL COOK

VERSUS

LOUISIANA WORKFORCE, L.L.C., ET AL.

CIVIL ACTION

NO. 16-300-JJB-RLB

## RULING

This matter is before the Court on two motions. The first is a Motion to Dismiss Pursuant to Rule 12(b)(1) (Doc. 11), filed by the following defendants: Robert Tanner, Sandy McCain, James M. LeBlanc, and the Louisiana Department of Public Safety and Corrections. In this motion, the defendants allege that they are entitled to Eleventh Amendment immunity, and thus this Court lacks subject matter jurisdiction to hear this matter against them. The plaintiff, Mitchell Paul Cook, concedes the motion. *See Pl.'s Opp'n* 2, Doc. 25. Specifically, the plaintiff concedes that the Louisiana Department of Public Safety and Corrections is an arm of the state and, therefore, is entitled to Eleventh Amendment immunity which divests this Court of subject matter jurisdiction over the plaintiff's claims against the DOC. *See id.* Additionally, the claims asserted against Robert Tanner, Sandy McCain, and James M. LeBlanc are asserted against them only in their official capacities. *See Compl.*, Doc. 1. Eleventh Amendment immunity applies not only to the state itself, but precludes actions against state officers sued in their official capacity. *Bd. of Trs. of the Univ. of Ala. v. Garrett*, 531 U.S. 356, 363 (2001); *Edelman v. Jordan*, 415 U.S. 651, 663–69 (1974). Accordingly, the plaintiff concedes that he "cannot surmount these defendants' contention that this court does not have subject matter jurisdiction over them in this case." *Pl.'s Opp'n* 2, Doc. 25. Therefore, the defendants' Motion to Dismiss Pursuant to Rule 12(b)(1) is **GRANTED**.

The second matter before the Court is a Motion to Dismiss Pursuant to Rule 12(b)(6) (Doc. 12), filed by the same defendants and "made in the event the [Motion to Dismiss Pursuant

1

to Rule 12(b)(1)] is denied." *Def.'s Supp. Mem.* 1 n.1, Doc. 12-1. Because the Court has granted the Motion to Dismiss Pursuant to Rule 12(b)(1) (Doc. 11), the defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) is **MOOT**.

Signed in Baton Rouge, Louisiana, on August 10, 2016.

_____
**JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**